**Deny and Opinion Filed April 23, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00466-CV

## IN RE ALLIANCE ROYALTIES, INC., AND ALLIANCE ROYALTIES, LLC, Relators

**Original Proceeding from the County Court at Law No. 5
Dallas County, Texas
Trial Court Cause No. CC-14-02930-E**

## MEMORANDUM OPINION

Before Justices Francis, Myers, and Schenck
Opinion by Justice Francis

Relators filed this petition for writ of mandamus requesting that the Court order the trial court to vacate its March 18, 2015 order confirming the arbitration award in this case. Relators contend that the order is an interlocutory order erroneously styled as a final order and that the trial court erred in rendering the order for a variety of substantive and procedural reasons. Ordinarily, to obtain mandamus relief, a relator must show both that the trial court has clearly abused its discretion and that relator has no adequate appellate remedy. *In re Prudential Ins. Co.,* 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). We conclude the relator has failed to establish a right to relief. We deny the petition for writ of mandamus. TEX. R. APP. P. 52.8.

/Molly Francis/
MOLLY FRANCIS
JUSTICE

150466F.P05